■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WALSH, Appellant. [677 NYS2d 491] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 14, 1997 (*People v Walsh,* 243 AD2d 590), affirming a judgment of the Supreme Court, Suffolk County, rendered July 31, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Miller, J. P., Ritter, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES WASHINGTON, Appellant. [677 NYS2d 491] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered June 22, 1995, convicting him of manslaughter in the first degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

While driving a van which had no license plates and a yellow piece of paper or cardboard marked "in-transit" affixed to the left rear window, the defendant was directed by a police officer to pull over. At the pretrial hearing, the defendant did not argue, as he does now, that the police officer did not possess reasonable suspicion sufficient to direct him to pull over and, therefore, the "seizure" of the defendant was illegal. Accordingly, this claim is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Martin,* 50 NY2d 1029, 1030-1031; *People v Smith,* 108 AD2d 763).

The defendant's remaining contention is similarly unpreserved for appellate review. Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.